IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH D. JOHNSON,

    Petitioner,                   No. CIV S-10-0966 DAD P

    vs.

JAMES A. YATES,                     <u>ORDER</u>

    Respondent.

_____/

        On October 26, 2009, petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 directly with the Ninth Circuit Court of Appeals.  On January 14, 2010, the Appellate Commissioner directed that the Clerk of that court transfer the petition, and the motion for appointment of counsel that accompanied it, to this court.  However, the petition was not received by the Clerk of this court for filing until April 21, 2010.  After a careful review of the petition, the undersigned has determined that this action has been opened as a new habeas corpus case in error.

        In this regard, the court's records reveal that petitioner previously filed an application for a writ of habeas corpus attacking the judgment of conviction and sentence entered against him in the Sacramento County Superior Court on the same grounds presented in this habeas petition.  The previous habeas application was filed with this court on February 28, 2006.

1

1  See Johnson v. Yates, No. Civ. S-06-0554 MCE CHS P.  Therein, petitioner alleged, as he does
2  in his more recent petition, that: (1) both his trial and appellate counsel rendered ineffective
3  assistance; (2) the prosecution engaged in misconduct that violated his right to a fair trial; (3) the
4  trial judge was partial and biased; (4) there was insufficient evidence to support the deadly
5  weapon use enhancement applied to each count of conviction; and (5) the cumulative effect of
6  these errors deprived him of a fair trial.  On August 25, 2009, United States Magistrate Judge
7  Charlene Sorrentino issued findings and recommendations recommending that petitioner's
8  application for writ of habeas corpus in Johnson v. Yates, No. Civ. S-06-0554 MCE CHS P be
9  denied on the merits.  By order filed September 30, 2009, United States District Judge Morrison
10 England adopted those findings and recommendations in full and closed that case.[1]

11            In light of petitioner's identical habeas corpus petition previously filed in Johnson
12 v. Yates, No. Civ. S-06-0554 MCE CHS P, this court's denial of that federal habeas petition on
13 the merits on September 30, 2009, and petitioner's subsequent filing of the same petition in the
14 Ninth Circuit Court of Appeals within thirty days of the order denying relief, the undersigned
15 concludes that petitioner was not seeking to file a new petition for writ of habeas corpus when he
16 submitted his petition to the Ninth Circuit Court of Appeals but was instead attempting to appeal
17 this court's earlier decision denying habeas relief in Johnson v. Yates, No. Civ. S-06-0554 MCE
18 CHS P.

19            Accordingly, IT IS HEREBY ORDERED that:
20       1. The Clerk of the Court is directed to administratively close this case as having
21 been opened in error;
22 /////

---

[1] Petitioner filed the instant application for writ of habeas corpus in the Ninth Circuit Court of Appeals less than one month later on October 26, 2009.  Moreover, it is noteworthy that under state procedural rules in California it is appropriate for a petitioner denied habeas relief by the trial court to pursue review of that decision by filing his habeas petition in the appellate court rather than by filing a notice of appeal.

1  2. The Clerk of Court is directed to refile petitioner's application for writ of habeas corpus in his original civil case, <u>Johnson v. Yates</u>, No. Civ. S-06-0554 MCE CHS P; and

3. The transferred application be referred to United States Magistrate Judge Charlene Sorrentino and United States District Judge Morrison England in Case No. Civ. S-06-0554 MCE CHS P for a determination as to whether the application should be deemed to be a timely-filed Notice of Appeal in that action and, if so, whether a Certificate of Appealability should issue.

DATED: May 6, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
john0966.123